STATE OF MINNESOTA

IN SUPREME COURT

ADM08-8004

FILED

May 2, 2016

OFFICE OF
APPELLATE COURTS

**ORDER PROMULGATING AMENDMENTS TO
THE MINNESOTA CODE OF JUDICIAL CONDUCT**

The Board of Judicial Standards filed a petition proposing amendments to two provisions of Minnesota Code of Judicial Conduct: Rule 3.7 and Rule 4.2. The court opened a 60-day public comment period. Written comments supporting the Board's proposed amendments were filed by the Minnesota State Bar Association, the Minnesota District Judges Association, and the Hennepin County Bar Foundation. The court has considered the Board's petition and the written comments. Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the attached amendments to the Minnesota Code of Judicial Conduct be, and the same are, prescribed and promulgated to be effective as of July 1, 2016. The Board shall make the Code, as amended, publicly accessible on The Board's website.

Dated: May 2, 2016

BY THE COURT:

Lorie S. Gildea
Chief Justice

# AMENDMENTS TO THE MINNESOTA CODE OF JUDICIAL CONDUCT

*(In the following amendments, deletions are indicated by a line drawn through the words and additions by underlining)*


## CANON 3


**A judge shall conduct the judge's personal and extrajudicial activities to minimize the risk of conflict with the obligations of judicial office.**

\* \* \* \*

**Rule 3.7** *Participation in Educational, Religious, Charitable, Fraternal, or Civic Organizations and Activities*

(A) Subject to the requirements of Rule 3.1, a judge may participate in activities sponsored by organizations or governmental entities *concerned with the law, the legal system, or the administration of justice*, and those sponsored by or on behalf of educational, religious, charitable, fraternal, or civic organizations not conducted for profit, including but not limited to the following activities:

\* \* \*

(4) appearing or speaking at, receiving an award or other recognition at, being featured on the program of, and permitting his or her title to be used in connection with an event of such an organization or entity, ~~unless the event serves a fund-raising purpose~~ but if the event serves a fund-raising purpose, the judge may participate only if (a) the event concerns the law, the legal system, or the administration of justice, (b) the judge does not encourage persons to buy tickets for or attend the event or to make a contribution except as provided in paragraph (A)(2) of this rule, and (c) participation does not reflect adversely on the judge's independence, integrity, or impartiality;

1

# CANON 4

**A judge or candidate for judicial office shall not engage in political or campaign activity that is inconsistent with the independence, integrity, or impartiality of the judiciary.**

\* \* \* \*

**Rule 4.2** *Political and Campaign Activities of Judicial Candidates in Public Elections*

\* \* \*

(B) A candidate for elective judicial office may, unless prohibited by law:

\* \* \*

(3)(c) personally solicit campaign contributions from members of the judge's family~~,~~ or from a person with whom the judge has an intimate relationship~~, or from judges over whom the judge does not exercise supervisory or appellate authority~~.